IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD LEE MAINS,

    Plaintiff,

    v.

Case No. 21-cv-240-bbc

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 4/22/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |